Case 3:23-cv-00081   Document 7   Filed on 04/24/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

No. 3:23-cv-0081

DARIUS D. BROWN, INMATE #00392706, PLAINTIFF,

v.

GALVESTON COUNTY, ET AL., DEFENDANTS.

### ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, UNITED STATES DISTRICT JUDGE.

The plaintiff, Darius D. Brown, filed a civil-rights complaint under 42 U.S.C. § 1983 against Galveston County, the Santa Fe Police Department, his parole officer, and the Parole Division of the Texas Department of Criminal Justice, alleging that he was wrongfully confined in the Galveston County Jail (Dkt. 1). On March 13, 2023, the clerk's office issued a Notice of Deficient Pleading, which instructed the plaintiff to pay the filing fee for a civil action or submit a properly supported motion for leave to proceed *in forma pauperis* within thirty days (Dkt. 5). The plaintiff has not complied and his time to do so has expired.

The plaintiff was advised that his failure to comply could result in dismissal of this action for want of prosecution without further notice pursuant to Rule 41(b)

of the Federal Rules of Civil Procedure (Dkt. 5). His failure to comply as directed forces the court to conclude that he lacks due diligence. A federal court may dismiss a case for want of prosecution where a petitioner fails to pursue his claims or comply with court orders. *See* Fed. R. Civ. P. 41(b); *see also Larson v. Scott*, 157 F.3d 1030 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440-41 (5th Cir. 2016) (same).

Accordingly, it is **ORDERED** that this civil-rights action filed Darius D. Brown is **DISMISSED** without prejudice. Brown is advised that he may seek relief from the dismissal order by making a proper showing under Fed. R. Civ. P. 60(b), provided that he also complies with the Notice of Deficient Pleading entered previously in this case on March 13, 2023 (Dkt. 5) by satisfying the filing fee requirement.

**The clerk will provide a copy of this order to the plaintiff.**

Signed on Galveston Island, Texas, this  24th  day of   April     , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE